No. 606. NIVENS *v.* UNITED STATES. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Claud Nivens, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 703. NICHOLS *v.* UNITED STATES CIRCUIT COURT OF APPEALS FOR THE SEVENTH CIRCUIT. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 739. RANSIN *v.* NIERSTHEIMER, WARDEN. March 13, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 713. MOORE *v.* MICHIGAN. March 13, 1944. Petition for writ of certiorari to the Supreme Court of Michigan denied for the reason that it does not appear from the record that application therefor was made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350. Reported below: 306 Mich. 29, 10 N. W. 2d 296.

No. 310. WELLS FARGO BANK & UNION TRUST CO., EXECUTOR, ET AL. *v.* IMPERIAL IRRIGATION DISTRICT ET AL. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Sidney M. Ehrman, Robert B. Murphey,* and *W. Coburn Cook* for petitioners. *Messrs. Harry W. Horton* and *George Herrington* for respondents.